# EXHIBIT A

| | |
|---|---|
| **From:** | Ryan Carreon |
| **To:** | Robert Aycock |
| **Cc:** | Mathew Higbee; Mathew Higbee; Will Chadwick; Stephanie Hamilton |
| **Subject:** | Re: Activity in Case 2:19-cv-00319-DBB-CMR Best Little Sites v. Great Bowery Order |
| **Date:** | Wednesday, March 9, 2022 9:41:31 AM |

Hi Robert,

I'll jump in here real quick. Since CBM did not participate in discovery, we'll need the extra time to be able to develop testimony from all of the relevant witnesses.

Ryan E. Carreon
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (626) 533-7357
Phone: (714) 617-8336 Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

On Mon, Mar 7, 2022 at 2:34 PM Robert Aycock <robert@kimballanderson.com> wrote:

> Mat – did you want to try and see if we could come to an agreement on number of days? We could likely agree to 4-5 days based upon the need. Let us know what you think is the need or the 5-7 days. Or, just let us know if you'd like to have us include your position of 5-7 days and we will include ours as 3 days.
>
> Robert Aycock
>
> ---
>
> **From:** Robert Aycock <robert@kimballanderson.com>
> **Date:** Tuesday, March 1, 2022 at 10:23 AM
> **To:** Mathew Higbee <mhigbee@higbeeassociates.com>
> **Cc:** Mathew Higbee <mathewhigbee@higbeeassociates.com>, Will Chadwick <Will@kimballanderson.com>, Stephanie Hamilton <stephanie@kimballanderson.com>, Ryan Carreon <rcarreon@higbeeassociates.com>
> **Subject:** Re: Activity in Case 2:19-cv-00319-DBB-CMR Best Little Sites v. Great Bowery Order
>
> Mat,
>
> Ok. We will put together the report setting forth the parties' respective days.

In an effort to find an agreement, can you please explain why your client thinks it would need 5-7 days for this case.

Thanks,

Robert Aycock

---

**From:** Mathew Higbee <mhigbee@higbeeassociates.com>
**Date:** Tuesday, March 1, 2022 at 10:07 AM
**To:** Robert Aycock <robert@kimballanderson.com>
**Cc:** Mathew Higbee <mathewhigbee@higbeeassociates.com>, Will Chadwick <Will@kimballanderson.com>, Stephanie Hamilton <stephanie@kimballanderson.com>, Ryan Carreon <rcarreon@higbeeassociates.com>
**Subject:** Re: Activity in Case 2:19-cv-00319-DBB-CMR Best Little Sites v. Great Bowery Order

Hi Robert-

We would anticipate 5 to 7 days.

-Mat

> On Feb 28, 2022, at 12:39 PM, Robert Aycock <robert@kimballanderson.com> wrote:
>
> Matt, excluding jury selection, we feel that three days would be needed for this trial. Let us know your client's position.
>
> Regards,

Robert Aycock

**From:** "utd_enotice@utd.uscourts.gov" <utd_enotice@utd.uscourts.gov>
**Date:** Thursday, February 24, 2022 at 2:57 PM
**To:** "ecf_notice@utd.uscourts.gov" <ecf_notice@utd.uscourts.gov>
**Subject:** Activity in Case 2:19-cv-00319-DBB-CMR Best Little Sites v. Great Bowery Order

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

US District Court Electronic Case Filing System

District of Utah

## Notice of Electronic Filing

The following transaction was entered on 2/24/2022 at 2:56 PM MST and filed on 2/24/2022

| | |
|---|---|
| **Case Name:** | Best Little Sites v. Great Bowery |
| **Case Number:** | 2:19-cv-00319-DBB-CMR |
| **Filer:** | |
| **Document Number:** | 65(No document attached) |

**Docket Text:**
**DOCKET TEXT ORDER. The parties are ordered to meet and confer on the number of days needed to try this case, excluding the time for jury selection. On or before March 10, 2022 the parties shall file a report notifying the court of their estimated length of trial. Signed by Judge David Barlow on 2/24/2022. (tcs)**

**2:19-cv-00319-DBB-CMR Notice has been electronically mailed to:**

Robert E. Aycock
 robert@kimballanderson.com, stephanie@kimballanderson.com

Mathew K. Higbee

mhigbee@higbeeassociates.com, dramirez@higbeeassociates.com, hgonzalez@higbeeassociates.com, jleath@higbeeassociates.com, nsarega@higbeeassociates.com, rcarreon@higbeeassociates.com

William Chadwick
 will@kimballanderson.com, stephanie@kimballanderson.com

**2:19-cv-00319-DBB-CMR Notice has been delivered by other means to:**